## MALONE v. PIERSON et al.
### No. 5129.

Court of Appeal of Louisiana. Second
Circuit.

Nov. 6, 1935.

Rusca & Cunningham, of Natchitoches,
for appellant.

Stephens & Gahagan, of Natchitoches,
for appellee.

DREW, Judge.

Without going into the pleadings, issues,
and facts of this case, it is most evident
that the minutes of the court are incorrect,
in that they do not show that an answer
was filed, which in fact was filed.

They also show a motion for rehearing
on the exception of no cause of action was
filed June 12, 1934, when in fact the mo-
tion shows that it was filed on June 11,
1934.

The minutes next show the rehearing on
the exception of no cause of action was
fixed for June 20, 1934, the rehearing al-
lowed, the exception argued and submit-
ted to the court. The minutes fail to show
what, if anything, was done with the ex-
ception after same was submitted to the
court.

Then, on July 7th, we find a minute
entry showing default entered against the
warrantor on the call in warranty, and the
case fixed for trial. The answer and call
in warranty shows on its face that it was
filed on June 23, 1934, which answer be-
gins by reserving all rights under the ex-
ception herein filed and overruled by the
court, and reserving all rights thereunder.

If it were not for the patent errors in
the minutes, we would, of course, assume
that the exception of no cause of action,
when argued on rehearing, was never pass-
ed upon, and it would necessarily pass out
of the case, but since the minutes are, on
the face of the record, deficient, we can-
not assume this as a fact, since defendant
in answer (which the minutes fail to show
was filed) recites that the exception was
overruled, and the answer bears the filing
mark of the clerk showing it was actually
filed.

We therefore think, in fairness to all
parties, that the case should be remanded,
with instructions to the clerk to correct the
minutes to show actually what transpired
in regard to this case in the lower court.